Bar Docket No. 21526

In the Matter of STEVEN T. MAJORS, *Respondent.*

(360 P.3d 418)

In a letter signed September 30, 2015, addressed to the Clerk of the Appellate Courts, respondent Steven T. Majors, an attorney admitted to practice law in Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2014 Kan. Ct. R. Annot. 403).

At the time the respondent surrendered his license, a hearing on a formal complaint was scheduled before the Kansas Board for Discipline of Attorneys. The formal complaint alleged that the respondent violated Kansas Rules of Professional Conduct 1.4 (2014 Kan. Ct. R. Annot. 495) (communication), 1.7 (2014 Kan. Ct. R. Annot. 531) (conflict of interest), 1.15 (2014 Kan. Ct. R. Annot. 567) (safekeeping property), 1.16 (Kan. Ct. R. Annot. 583) (declining or terminating representation), 8.1 (2014 Kan. Ct. R. Annot. 670) (disciplinary matters), 8.3 (2014 Kan. Ct. R. Annot. 678) (reporting misconduct), 8.4 (2014 Kan. Ct. R. Annot. 680) (misconduct), and Supreme Court Rule 208 (2014 Kan. Ct. R. Annot. 356) (registration of attorneys).

This court, having examined the files of the office of the Disciplinary Administrator, finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Steven T. Majors be and he is hereby disbarred from the practice of law in Kansas, and his license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Steven T. Majors from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the

respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2014 Kan. Ct. R. Annot. 414).

Dated this 27th day of October, 2015.